JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITVAULT, INC., a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RORY O'REILLY, KIERAN O'REILLY, GEMS.ORG, an entity of unknown form and jurisdiction, and DOES 1-50, inclusive.<br><br>　　　　　　Defendants. | CASE NO. 2:18-cv-01067-RSWL-FFM<br><br>Assigned to Hon. Ronald S.W. Lew<br><br>[PROPOSED] ORDER<br><br>[Pursuant to FRCP 41(a)(1)(A)] |

　　　Pursuant to the joint Stipulation to Dismiss Action filed by Plaintiff BitVault, Inc. and Defendants Rory O'Reilly, Kieran O'Reilly, and Gems U.S. LLC (erroneously sued as Gems.org) (collectively "Defendants") (the "Stipulation"), IT IS HEREBY ORDERED that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, this action be dismissed in its entirety pursuant to a settlement agreement between the

///

08183-00001/10184649.1

parties. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED.

DATED this __8th__ day of __June__, 2018.

s/ RONALD S.W. LEW
_____
Honorable Judge Ronald S.W. Lew

Submitted by:

FOUNDATION LAW GROUP LLP

         /s/ Kevin D. Hughes
Kevin D. Hughes
Attorneys for Plaintiff,
BitVault, Inc.

08183-00001/10184649.1

STIPULATION TO DISMISS
4